# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| The McCarty Corporation ) | ASBCA No. 57992 |
| ) | |
| Under Contract No. W912HN-06-C-0074 ) | |

APPEARANCES FOR THE APPELLANT:    Joseph P. Dirik, Esq.
                                  Fulbright & Jaworski LLP
                                  Dallas, TX

                                  William J. Wolf, Esq.
                                  Bugg & Wolf, P.A.
                                  Durham, NC

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
                                    Engineer Chief Trial Attorney
                                  Laura J. Arnett, Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, Savannah

## DISMISSAL ORDER

The parties have settled their dispute. The appeal is dismissed with prejudice.

Dated:  9 September 2014

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57992, Appeal of The McCarty Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals